IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARVIN H. MAURRAS REVOCABLE TRUST, DERIVATIVELY AND ON BEHALF OF ACCRETIVE HEALTH, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> EDGAR M. BRONFMAN, JR., J. MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, GEORGE P. SHULTZ, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, MARK A. WOLFSON DEFENDANTS, <br><br> AND <br><br><br> ACCRETIVE HEALTH, INC. <br><br><br> NOMINAL DEFENDANT. | Case No. 12-cv-03395 <br><br> Judge: Hon. Gary Feinerman <br><br><br><br><br><br><br><br><br><br> Oral Argument Requested Pursuant to Local Rule 47.1(b) |

DECLARATION OF TIFFANY OLDHAM

I, Tiffany Oldham, declare under 28 U.S.C. § 1746:

1. I am an associate of Carney Williams Bates Pulliam & Bowman PLLC, attorneys for Plaintiff. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss in the above-referenced action.

2. Attached hereto as Exhibits A through J are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Accretive Health, Inc. 2010 Form 10-K |
| Exhibit B: | U.S.D.C. Dist. of Minnesota; *State of Minnesota v. Accretive Health;* Second Amended Complaint |
| Exhibit C: | Accretive Health, Inc. 2011 Proxy Statement |
| Exhibit D: | Accretive Health, Inc. 2012 Proxy Statement |
| Exhibit E: | Screenshot of Endeavor Global Bio |
| Exhibit F: | Screenshot of Zoom Info. – Michael Cline Bio and Arthur Spiegel III Bio |
| Exhibit G: | Screenshot of Oak Hill Capital Partners Bio |
| Exhibit H: | Minnesota Attorney General Lori Swanson's Statement to the United States Senate HELP Committee May 30, 2012 Field Hearing |
| Exhibit I: | State of Minnesota Office of the Attorney General Compliance Review of Fairview Health Services' Management Contracts with Accretive Health, Inc. Volumes 1-3 |
| Exhibit J: | State of Minnesota Office of the Attorney General Compliance Review of Fairview Health Services' Management Contracts with Accretive Health, Inc. Volumes 4-6 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17, 2012

_____
Tiffany Oldham

1