# EXHIBIT E

Search  Submit

# endeavor GLOBAL

- Model
    - Our Mission
    - Our Model
    - Endeavor Catalyst
    - Programs
    - Our Background
    - Faqs
- Impact
    - Top Metrics
    - Impact Dashboard
    - Impact in action
    - Country Highlights
- Network
    - Endeavor Global
        - Global Board of Directors
        - Senior Advisors
        - Management Team
    - Our Donors
    - Our Partners and sponsors
    - Countries
- Get Involved
    - Donate
    - Social Media
    - Opportunities
    - Supporters
- Entrepreneurship Blog
    - In the news
    - Entrepreneurs
    - Expert Advice
    - Voices
    - Events
    - Research
    - Videos
- Entrepreneurs

- Endeavor Global
- Our Donors
- Our Partners and Sponsors
- Countries

# Endeavor Global

- Global Board Of Directors

- Senior Advisors
- Management Team



Edgar Bronfman, Jr. (Chairman) Accretive LLC General Partner



Michael Ahearn True North Venture Partners, LP Chairman & Managing Partner



Emilio Azcarraga Jean Televisa Chairman, President, CEO and President of the Executive Committee

 [Matt Bannick](#) Omidyar Network
Managing Partner

 [Nick Beim](#) Matrix Partners
General Partner

 [Matthew Brown](#) CAIS
Co-Founder & CEO

 [Wences Casares](#) Lemon.com (formerly Bling Nation, Inc)
Founder & CEO; Endeavor Entrepreneur



J. Michael Cline Accretive LLC
Managing Partner



Paul Fribourg Continental Grain Company
Chairman & CEO



Jason Green Emergence Capital Partners
Founding General Partner


Reid Hoffman LinkedIn
Co-Founder & Executive Chairman


Peter B. Kellner Richmond Global LLC
Founder & Managing Partner; Endeavor Global, Co-Founder


William McGlashan TPG Growth
Founder & Managing Partner


Arif Naqvi Abraaj Capital
Founder & Group Chief Executive Officer

 [Joanna Rees](#) VSP Capital
Founder & Managing Partner

 [Linda Rottenberg](#) Endeavor - Global
Co-founder & CEO

 [Elliot Weissbluth](#) HighTower Advisors
CEO & Director

[Refresh](#)

**endeavor impact**

96

indicators tracked by Endeavor's Center for High Impact Entrepreneurship in 2010

[Show me more](#)

**Support the cause**