# EXHIBIT F



Last Update on 8/1/12 Community Contributed
Claim This Profile



Research J. Cline at Intelius.com

**Accretive Technology Partners , LLC**
51 Madison Avenue 31St Floor
New York, New York 10010
United States
www.accretivetechnology.com

**Company Description:** Accretive is a unique private equity firm with a distinctive track record of helping create industry-leading companies. We have a fundamental belief that to be... more

## Mr. J. Michael Cline

Managing Partner

Phone
Email

### ZoomInfo Solutions for:

Sales Professionals | Marketers | Recruiters

Access the ZoomInfo Database for **free** by simply registering.

Contact this person for FREE 

---

Background

**Employment History**

Founding Partner
Accretive Technology Partners , LLC

Lead Independent Director
Manugistics

General Partner
General Atlantic Partners , LLC

Managing Member
General Atlantic Partners , LLC

Chairman
Exult , Inc.

Associate
McKinsey & Company

**Board Memberships and Affiliations**

Board Member
Accretive Technology Partners , LLC

---

Web References                           95 Total References

**Accretive Health**
www.accretivehealth.com, 1 Aug 2012 [cached]

**J. Michael Cline**

**J. Michael Cline**, a founder of Accretive Health, has been a member of our board of directors since August 2003 and has served as chairman of the board since July 2009. **Mr. Cline** has served as the founding managing partner of **Accretive, LLC**, a private equity firm, since founding that firm in December 1999. From 1989 to 1999, **Mr. Cline** served as a general partner of **General Atlantic Partners, LLC**, a private equity firm. **Mr. Cline** serves on the boards of several privately-held companies. He also serves on the advisory board of the **Harvard Business School Rock Center for Entrepreneurship**, on the board of the **National Fish and Wildlife Foundation** and as a trustee of **Panthera**, an organization devoted to the preservation of the world's wild cat species where he also chairs **Panthera's** Tigers Forever initiative.

**J. Michael Cline**
www.accretivellc.com, 8 July 2012 [cached]

**J. Michael Cline** Managing Partner

**J. Michael Cline** is the founding Partner of **Accretive LLC**. **Michael** co-founded **Exult**, Xchanging, Fandango, Accretive Health, Accolade, Accelion, aLabs, and

| | |
|---|---|
| Board Member<br>Arise Virtual Solutions Inc | aTherapy. Before founding Accretive, Michael spent 10 years as General Partner at **General Atlantic Partners**. |

Trustee
Panthera Inc

Board Member
Panthera Inc

Board Member
Accolade Inc

Board Member
National Fish and Wildlife Foundation

Trustee
Wildlife Conservation Society

Board Member
Manugistics

Board Member
Roamware Inc

Board Member
Exult , Inc.

**Education**

Baker Scholar
Harvard Business School

Master of Business Administration
Harvard Business School

Bachelor of Science
Cornell University

---

**Michael** received his MBA from **Harvard Business School** where he was a Baker Scholar and he received a BS from **Cornell University**. He Chairs the board of **Accretive Health**, Accelion, Insureon and aLabs and serves on the boards of **Accolade**, Arise, and aTherapy. He is a Trustee of **Panthera** where he chairs the Tigers Forever initiative - the world's largest effort in global tiger conservation. In addition, he serves on the board of the **National Fish and Wildlife Foundation, Endeavor Global and the Harvard Business School Rock Center for Entrepreneurship**.

**Board of Directors | Arise**
www.arise.com, 20 Mar 2012 [cached]

**J. Michael Cline** Board of Directors | **Arise**

Board of Directors **J. Michael Cline**
...
**J. Michael Cline** Board Member

**J. Michael Cline** has been a member of the Board of Directors at **Arise** since July 1, 2005. He is the Managing Partner of **Accretive, LLC**, a private investment firm passionately focused on working with talented people to build world-class companies that deliver meaningful and unique value to their customers.

Along with his partners at **Accretive, Michael** has founded several innovative start-ups, including Exult, Xchanging, Fandango, Accretive Health and **Accolade**. His diverse global industry experience has positioned him as a sought after speaker on entrepreneurial issues.

Before co-founding **Accretive, Michael** spent 10 years as General Partner at **General Atlantic Partners**, where he helped build the world's largest private investment firm focused on software and related ventures. Prior to his time at **General Atlantic, Michael** was an associate at **McKinsey & Company**, a management consultancy firm.

**Michael** also serves on the boards of **Accretive Health, Accolade, Alphastaff** and **First Cardinal**, as well as the **National Fish and Wildlife Foundation** and the **Harvard Business School Rock Center for Entrepreneurship**. He is also a Trustee of **Panthera**, where he chairs the Tigers Forever Initiatives, the world's largest effort in global tiger conservation.

**Michael** graduated from **Harvard Business School** as a Baker Scholar with a Master of Business Administration. He received his Bachelor of Science from Cornell University.

**Board of Directors | Panthera**
www.panthera.org, 2 Mar 2012 [cached]

**J. Michael Cline**

**J. Michael Cline** is the founding Partner of **Accretive LLC. Michael** and other Accretive principals founded **Exult**, Xchanging, Fandango, Accretive Health and Accolade. Before founding **Accretive**... Read More

**Accretive - Team - J. Michael Cline**
www.accretivetechnology.com, 24 Nov 2011 [cached]



Last Update on 8/2/12
Claim This Profile

# Mr. Arthur H. Spiegel III

Board Member

Phone

Research Arthur Spiegel at Intelius.com

**Accretive Health Inc**
401 North Michigan Avenue Suite 2700
Chicago, Illinois 60611
United States
www.accretivehealth.com

**Company Description:** Accretive Health is a venture funded, highly entrepreneurial company focused on changing the way hospitals operate in the 21st Century. We are a fast-growing... more

## ZoomInfo Solutions for:

Sales Professionals | Marketers | Recruiters

Access the ZoomInfo Database for **free** by simply registering.



---

### Background

#### Employment History

Co-Chairman
Accretive Health Inc

Chief Executive Officer
APM Management Consultants

President of Healthcare Group
Computer Sciences Corporation

Chairman
Amicas , Inc.

Chairman
MDeverywhere , Inc.

#### Board Memberships and Affiliations

Board Member
Silverlink Communications Inc

Board Member
Accolade , Inc.

Board Member
BioStorage Technologies Inc

Member, Radius Ventures Advisory Board
BioStorage Technologies Inc

---

### Web References — 91 Total References

**Silverlink Communications - Personalized, targeted healthcare consumer communications**
www.silverlink.com, 2 Aug 2012 [cached]

Arthur H. Spiegel III

...

Arthur H. Spiegel III

**Arthur Spiegel** is an entrepreneur with more than 40 years experience in healthcare. Formerly President of **Computer Sciences Corporations** (CSC) Healthcare Group and of **APM Inc.** He was previously Co-Chairman of **Accretive Health Inc.**, and currently sits on the board. He also sits on the Boards of **Silverlink Communications, Inc**, **Biostorage Technologies**, **Sound Inpatient Physicians and Accolade Inc.** He is former Chairman of the Board of **Amicas, Inc.**, **MDEverywhere**, and **Lifemasters Supported SelfCare** and was on the boards of **Lynx Medical Systems, Inc.**, **Eyetel Imaging, Inc.**, all sold.

**Mr. Spiegel** founded **APM Management Consultants** in 1974 and grew the firm into the nation's largest stand-alone consulting firm dedicated to healthcare. In 1996, he sold **APM** to **CSC**, where, as President reporting to the CEO, he established and built the **CSC Healthcare Group** into one of the top four technology service companies in the industry, according to Healthcare Informatics. Serving health plans, providers, and life sciences companies, the group provided leading-edge consulting and systems integration services, claims processing software, business process outsourcing for health plans, and IT outsourcing throughout the healthcare industry. He retired from **CSC** in 2002.

Founder
APM Management Consultants

Board Member
LYNX Medical Systems Inc

## Education

MBA
Harvard Business School

BA
Stanford University

Ph.D.

B.A.
Stanford University

M.B.A.
Harvard Business School

Bachelor of Arts
Stanford University

master's degree, business administration
Harvard Business School

He has served on not for profit boards including service as President of The New York chapter of the March of Dimes, and Secretary of the **National Center for Health Education**. He has published in business journals including the **Harvard Business Review** and **The Hospital Forum** and has been named 'One of the Most Influential Individuals in Health Care IT' by the leading trade publication, Advance for Health Information Executives.

**Accretive Health**
www.accretivehealth.com, 1 Aug 2012 [cached]

**Arthur H. Spiegel, III**

**Arthur H. Spiegel, III** has been a member of our board of directors since October 2003 and served as co-chairman of our board until July 2009. Since 2002, **Mr. Spiegel** has been a private investor. From 1996 until 2002, **Mr. Spiegel** was President of **CSC Healthcare Group**, which offered consulting, system integration, claims processing software and business process and IT outsourcing services to the healthcare industry. **Mr. Spiegel** founded **APM Management Consultants**, a healthcare consulting firm, in 1974 and served as its CEO until it was acquired by **Computer Science Corporation** in 1996. He serves on the boards of several privately-held companies.

**Radius Ventures is a venture capital firm that invests in leading edge, growth-stage health and life sciences companies.**
www.radiusventures.com, 18 June 2012 [cached]

**Arthur H. Spiegel III** founded **APM Management Consultants** in 1974 and grew the firm into the nation's largest stand-alone consulting firm dedicated to healthcare. In 1996, he sold APM to **CSC**, where, as President, he established and built the **CSC Healthcare Group** into one of the top four technology service companies in the industry. He also served in top management capacities for the city of New York and was one of the early leaders of **ACCION International**, a community development program. He currently sits on the boards of **Accretive Health, Inc.**, **Silverlink Communications, Inc.**, **Sound Inpatient Physicians**, **Accolade Inc.** and **BioStorage, Inc.**, a Radius portfolio company.

**Arthur H. Spiegel, III, ...**
www.biostorage.com, 6 May 2012 [cached]

**Arthur H. Spiegel, III**, MBA
...
**Arthur H. Spiegel, III**, MBA

Member, Radius Ventures Advisory Board

**Arthur Spiegel** is an entrepreneur with more than 40 years experience in healthcare. Formerly President of **Computer Sciences Corporations** (CSC) Healthcare Group and of **APM Inc.** He currently sits on the board of directors of **Silverlink Communications, Inc**, **Sound Inpatient Physicians**, **Accolade Inc.** and **Mr. Spiegel** was also previously co-chairman of the board of **Accretive Health, Inc.** He is former chairman of the board of **Amicas, Inc.**, **MDEverywhere**, and **Lifemasters Supported SelfCare** and was on the boards of **Lynx Medical Systems, Inc.**, **Eyetel Imaging, Inc.**, and