# EXHIBIT G





## Our Team

**Managing Partners**
J. Taylor Crandall
Steven B. Gruber
Denis J. Nayden

**Senior Advisor**
Mark A. Wolfson

**Principals**
Scott A. Baker
Harry L. Eichelberger
Scott B. Kauffman
Kevin M. Mailender
John P. Rachwalski
David S. Scott
Michael J. Warren

**Associates**
Taylor P. Catarozoli
Michael J. Cromwell
Patrick R. Garrison
Adam W. Hahn
Jennifer Jun
Jeffrey R. Mettam
Anthony J. Orazio
Brett H. Shapiro
Stephen B. Star
Michael J. Stewart
Michael W. Vaupen
Bryant P. Yung
Rebecca A. Zeffels

**Legal**
John R. Monsky
Gardenia P. Cucci
Allan I. Kahn
Caitlin H. Melchior

**Partners**
Ted Dardani
Benjamin Diesbach
Jonathan E. Frieset
Stratton R. Heath III
Douglas M. Kaden
John R. Monsky
Robert L. Morse Jr.
William J. Pade
Charles B. Patton
Tyler J. Wolfram

**Vice President**
Christopher M. Williams

**Investor Relations**
Jeffrey M. Mills
Lorie P. Coulombe

**Capital Markets**
Stratton R. Heath III

**Operations and Finance**
Jon Zagrodzky
Shawn G. Hessing
Douglas A. Vaughn

### RECENT INVESTMENT

Oak Hill Capital Partners to
Acquire WaveDivision Holdings in
Partnership with GI Partners and
Wave Management

**Learn More**