**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARVIN H. MAURRAS REVOCABLE TRUST, DERIVATIVELY AND ON BEHALF OF ACCRETIVE HEALTH, INC., <br><br> PLAINTIFF, <br><br> vs. <br><br> EDGAR M. BRONFMAN, JR., J. MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, MARK A. WOLFSON, <br><br> DEFENDANTS, <br><br> and <br><br> ACCRETIVE HEALTH, INC. <br><br> NOMINAL DEFENDANT. | Case No. 12-cv-03395 <br><br> Judge: Hon. Gary Feinerman |

## **JOINT STIPULATION**

Plaintiff Marvin H. Maurras Revocable Trust ("**Plaintiff**"), by and through its attorneys, and Defendants Edgar M. Bronfman, Jr., J. Michael Cline, Steven N. Kaplan, Stanley N. Logan, Denis J. Nayden, Arthur H. Spiegel, III, Mary A. Tolan, Mark A. Wolfson**,** and Accretive Health, Inc. ("**Defendants**," and with Plaintiff, the "**Parties**"), by and through their attorneys, hereby file this joint stipulation and respectfully state as follows:

1. Plaintiff agrees that Defendants shall have until September 14, 2012 to file reply papers to Plaintiff's Opposition to Defendants' Motion to Dismiss, served on August 17, 2012.

-2-

Dated: August 20, 2012            Respectfully submitted,

| | |
|---|---|
| */s/ Amy E. Keller* | */s/ Leonid Feller* |
| Edward A. Wallace<br>Amy E. Keller<br>WEXLER WALLACE LLP<br>55 West Monroe, Suite 3300<br>Chicago, Illinois 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022<br>kaw@wexlerwallace.com<br>eaw@wexlerwallace.com<br>aek@wexlerwallace.com<br><br>*and*<br><br>Allen Carney<br>Randall K. Pulliam<br>CARNEY WILLIAMS BATES PULLIAM<br>& BOWMAN, PLLC<br>11311 Arcade Dr., Suite 200<br>Little Rock, Arkansas 72212<br>Telephone: (501) 312-8500<br>Facsimile: (501) 312-8505<br>acarney@carneywilliams.com<br>rpulliam@carneywilliams.com<br><br>*and*<br><br>Sam Strange<br>HOSTO & BUCHAN, P.L.L.C.<br>P.O. Box 3316<br>Little Rock, Arkansas 72203<br>Telephone: (501) 320-0259<br>Facsimile: (501) 482-0259<br>sstrange@hosto.com<br><br>***Attorneys for Plaintiff*** | Leonid Feller<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>Telephone: (312) 862-2954<br>Facsimile: (312) 862-2200<br>leonid.feller@kirkland.com<br><br>Andrew B. Clubok*<br>Adam T. Humann*<br>Melody Wells*<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-6400<br>Facsimile: (212) 446-6460<br>andrew.clubok@kirkland.com<br>adam.humann@kirkland.com<br>melody.wells@kirkland.com<br><br>***Attorneys for All Defendants***<br><br>Moses Silverman*<br>Thomas B. Sullivan*<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3355<br>Facsimile: (212) 492-0355<br>msilverman@paulweiss.com<br>tsullivan@paulweiss.com<br><br>***Attorneys for Director Defendants***<br><br>*\*Admitted pro hac vice* |

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2012, a true and correct copy of this **JOINT STIPULATION** was electronically filed with the Clerk of the Court through ECF, which provides service on each party who is a registered ECF user.

> */s/ Leonid Feller*_____
> Leonid Feller
> KIRKLAND & ELLIS LLP
> 300 North LaSalle Drive
> Chicago, IL 60654
> Telephone: (312) 862-2954
> Facsimile: (312) 862-2200
> leonid.feller@kirkland.com
>
> ***Attorneys for All Defendants***