**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MARVIN H. MAURRAS REVOCABLE TRUST, YONGQIAN ZHAO, and SUSAN CHAGNON, Derivatively on Behalf of ACCRETIVE HEALTH, INC.<br><br>Plaintiff,<br><br>v.<br><br>EDGAR M. BRONFMAN JR., MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, and MARK A. WOLFSON,<br><br>Defendants,<br><br>and<br><br>ACCRETIVE HEALTH, INC.<br><br>Nominal Defendant. | Civil Action No. 12-cv-03395 |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

In accordance with Fed. R. Civ. P. 16, Plaintiffs Marvin H. Maurras Revocable Trust ("Maurras Trust") and Yongqian Zhao ("Zhao"); Interested Party Shareholder Susan Chagnon ("Chagnon"); Defendants Edgar M. Bronfman, Jr., J. Michael Cline, Steven N. Kaplan, Stanley N. Logan, Denis J. Nayden, Arthur H. Spiegel, III, Mary A. Tolan, Mark A. Wolfson; and Nominal Defendant Accretive Health, Inc. (collectively, "Defendants"), through their respective

counsel, hereby jointly move for the entry of the proposed scheduling order, submitted to the Court electronically. In support of this motion, the parties state and allege as follows:

1. On October 2, 2012, the parties appeared before the Court for a status and motion hearing. During the hearing, Plaintiff Maurras Trust and Interested Party Shareholder Chagnon informed the Court of an intention to file a consolidated amended complaint and supersede the current operative complaint filed by the Maurras Trust.

2. Upon questioning from the Court, Plaintiff Zhao indicated a willingness to enter into discussions with the Maurras Trust and Chagnon over joining in a single consolidated amended complaint, superseding the current operative complaint filed by Zhao and mooting the motion for lead plaintiff and lead counsel filed on August 8, 2012.

3. Defendants expressed no objection to the proposed consolidation.

4. The Court continued the hearing until October 10, 2012, and directed the parties to continue discussions with the aim of agreeing to a leadership structure and a briefing schedule for the filing of a consolidated amended complaint. The Court indicated that if an agreement were to be reached, the status hearing would be removed from the calendar.

5. Subsequent to the hearing, and pursuant to the direction of the Court, Plaintiffs Maurras Trust and Zhao and Interested Party Shareholder Chagnon conferred and agreed to a leadership structure and to jointly file a consolidated amended complaint, superseding all previously filed complaints.

6. Thereafter, in consultation with Defendants, the parties agreed on a briefing schedule, taking into consideration the upcoming holiday calendar and existing commitments of counsel.

7. In light of this agreement, the parties respectfully request that the *Maurras Trust* and *Zhao* matters be consolidated and that the following proposed briefing schedule be approved:

> Plaintiffs Marvin H. Maurras Revocable Trust and Yongqian Zhao and Interested Party Shareholder Susan Chagnon shall have until **November 5, 2012** to file a consolidated amended complaint.
>
> Defendants shall have until **December 18, 2012** to answer or otherwise plead.
>
> If Defendants file a motion to dismiss, Plaintiffs' opposition to the motion to dismiss will be filed no later than **January 22, 2013**.
>
> Defendants' reply will be filed no later than **February 8, 2013**.

Dated: October 9, 2012                                  Respectfully submitted,

**FREED KANNER LONDON & MILLEN, LLC**

/s/ Michael Freed
Michael Freed
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

**SCOTT+SCOTT LLP**
Judith S. Scolnick
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

-and-

Walter W. Noss
Joe Pettigrew
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

Facsimile: (619) 233-0508

**FARUQI & FARUQI, LLP**
Michael J. Hynes
Ligaya T. Hernandez
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771

*Counsel for Plaintiff Susan Chagnon*

**WEXLER WALLACE LLP**
Edward A. Wallace
Amy E. Keller
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Fax: (312) 346-0022

**CARNEY WILLIAMS BATES PULLIAM & BOWMAN PLLC**
Allen Carney
Randall K. Pulliam
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
Telephone: (501) 312-8500
Fax: (501) 312-8505

*Counsel for Plaintiff Marvin H. Maurras Revocable Trust*

**SUSMAN HEFFNER & HURST**
Glenn L Hara
Matthew Thomas Heffner
30 North LaSalle Street
Suite 1210
Chicago, IL 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Plaintiff Yongquian Zhao*

**KIRKLAND ELLIS LLP**
Leonid Feller
Eric A Larson
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

 -and-

Adam T. Humann
Andrew B. Clubok
Melody Wells
601 Lexington Ave.
New York, NY 10022
(212) 446-6447

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
Moses Silverman
Thomas B. Sullivan
1285 Avenue Of The Americas
New York, NY 10019
(212) 373-3355

*Counsel for Defendant Edgar M. Bronfman, Jr., J. Michael Cline, Steven N. Kaplan, Stanely N. Logan, Denis J. Nayden, Arthur H. Spiegel, III, Mary A. Tolan, Mark A. Wolfson, and Accretive Health, Inc.*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion for Entry of Scheduling Order was filed this 9th day of October, 2012, via this Court's CM/ECF electronic filing system, which will give notice to all parties registered to accept such notice. Any parties not so registered will be served via U.S. Mail.

/s/ Michael Freed
Michael Freed
**FREED KANNER LONDON & MILLEN, LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521