UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARVIN H. MAURRAS REVOCABLE TRUST, YONGQIAN ZHAO, and SUSAN CHAGNON, Derivatively on Behalf of ACCRETIVE HEALTH, INC.<br><br>Plaintiff,<br><br>v.<br><br>EDGAR M. BRONFMAN JR., MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, and MARK A. WOLFSON,<br><br>Defendants,<br><br>and<br><br>ACCRETIVE HEALTH, INC.<br><br>Nominal Defendant. | Civil Action No. 12-cv-03395 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, Plaintiffs Marvin H. Maurras Revocable Trust and Yongqian Zhao; Interested Party Shareholder Susan Chagnon; Defendants Edgar M. Bronfman, Jr., J. Michael Cline, Steven N. Kaplan, Stanley N. Logan, Denis J. Nayden, Arthur H. Spiegel, III, Mary A. Tolan, Mark A. Wolfson; and Nominal Defendant Accretive Health, Inc., will present their Joint Motion for Entry of Scheduling Order on the 15th day of October 2012 at 9:00 a.m. before the Honorable Gary Feinerman.

Dated: October 9, 2012                    Respectfully submitted,

**FREED KANNER LONDON & MILLEN, LLC**

/s/ Michael Freed
Michael Freed
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Motion was filed this 9th day of October, 2012, via this Court's CM/ECF electronic filing system, which will give notice to all parties registered to accept such notice. Any parties not so registered will be served via U.S. Mail.

/s/ Michael Freed
Michael Freed
**FREED KANNER LONDON & MILLEN, LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521