## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Marvin H. Maurras Revocable Trust, et al.

                    Plaintiff,

v.                                   Case No.: 1:12–cv–03395

                                   Honorable Gary Feinerman

Edgar M. Bronfman, Jr., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 12, 2012:

      MINUTE entry before Honorable Gary Feinerman:Motion to dismiss [28] is denied as moot. Joint motion for entry of scheduling order [58] is granted. Plaintiff Maurras, together with Plaintiff Zhao in 12 C 6019 and Interested Party Chagnon, shall file a consolidated amended complaint by 11/5/2012. Defendants shall answer or otherwise plead to the amended complaint by 12/18/2012. If Defendants move to dismiss, the response will be due 1/22/2012, and the reply will be due 2/8/2013. Motion hearing scheduled for 10/15/2012 [59] is stricken. Status hearing scheduled for 1/22/2013 [57] is stricken and re–set for 4/3/2013 at 9:30 a.m.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.