**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARVIN H. MAURRAS REVOCABLE TRUST, YONGQIAN ZHAO, and SUSAN CHAGNON, Derivatively on Behalf of ACCRETIVE HEALTH, INC.<br><br>Plaintiff,<br><br>v.<br><br>EDGAR M. BRONFMAN JR., MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, and MARK A. WOLFSON,<br><br>Defendants,<br><br>and<br><br>ACCRETIVE HEALTH, INC.<br><br>Nominal Defendant. | Civil Action No. 12-cv-03395 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, October 25, 2012, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Gary Feinerman in Room 1725 of the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and then and there present **Plaintiffs' Unopposed Motion for Entry of Leadership Structure Order**, a copy of which is hereby served upon you.

Dated: October 22, 2012  By: /s/ Amy E. Keller
        Edward A. Wallace
        Amy E. Keller
        Wexler Wallace LLP
        55 W. Monroe Street, Suite 3300
        Chicago, IL 60603
        (312) 346-2222 – Telephone
        (312) 346-0022 – Facsimile

***Counsel for Plaintiff Marvin H. Maurras Revocable Trust***

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing **Notice of Motion** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system. Those attorneys not registered with the Court's electronic filing system will be served by electronic mail this 22nd day of October, 2012.

/s/ Amy E. Keller