# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Marvin H. Maurras Revocable Trust, et al.

                Plaintiff,

v.                                             Case No.: 1:12−cv−03395
                                                             Honorable Gary Feinerman

Edgar M. Bronfman, Jr., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 23, 2012:

      MINUTE entry before Honorable Gary Feinerman:Hearing on unopposed motion for entry of leadership structure order [62] scheduled for 10/25/2012 [63] is stricken and re−set for 10/29/2012 at 9:00 a.m.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.