# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Marvin H. Maurras Revocable Trust, et al.

                                 Plaintiff,

v.                                           Case No.: 1:12–cv–03395
                                                    Honorable Gary Feinerman

Edgar M. Bronfman, Jr., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2012:

      MINUTE entry before Honorable Gary Feinerman:Unopposed motion for entry of Leadership Structure order [62] is granted in part and denied without prejudice in part. Co–Lead Plaintiffs are Marvin H. Maurras Revocable Trust, Yongqian Zhao, and Susan Chagnon. Co–Lead Counsel are Scott+Scott LLP, Faruqi & Faruqi, LLP, and Carney Williams Bates Pulliam & Bowman PLLC. Co–Liaison Counsel are Freed Kanner London & Millen, LLC, and Wexler Wallace LLP. The motion is denied without prejudice to the extent it seeks relief for the hypothetical situation of later filed shareholder derivative cases. Motion hearing scheduled for 10/29/2012 [64] is stricken. The parties are requested to inform the court in a filed pleading by 11/1/2012 whether they would like the court (1) to dismiss without prejudice the Zhao case, 12 C 6019, since Zhao is now joining as a co–lead plaintiff in this case, 12 C 3395, which leaves no role for the Zhao case, or (2) to consolidate the Zhao case with this case, which would require the parties to designate both cases on all of their pleadings. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.