**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
**MARVIN H. MAURRAS REVOCABLE
TRUST, Derivatively and on
Behalf of ACCRETIVE HEALTH, INC.,**

                **Plaintiff,**

        vs.                                  **CASE NUMBER: 12-cv-03395**

**EDGAR M. BRONFMAN, JR., J. MICHAEL
CLINE, STEVEN N. KAPLAN, STANLEY
N. LOGAN, DENIS J. NAYDEN, GEORGE
P. SCHULTZ, ARTHUR H. SPIEGEL, III,
MARY A. TOLAN, MARK A. WOLFSON,**

                **Defendants,**

       **and**

**ACCRETIVE HEALTH, INC.,**

             **Nominal Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

*(caption continued on the next page)*

```
-------------------------------------x
YONGQIAN ZHAO, Derivatively on          :
Behalf of ACCRETIVE HEALTH, INC.,       :
                                        :
                 Plaintiff,             :
                                        :
       vs.                              :    CASE NUMBER: 12-cv-06019
                                        :
MARY A. TOLAN, J. MICHAEL CLINE,        :
EDGAR M. BRONFMAN, JR., STEVEN N.       :
KAPLAN, STANLEY N. LOGAN, DENIS J.      :
NAYDEN, ARTHUR H. SPIEGEL, III,         :
and MARK A. WOLFSON,                    :
                                        :
                 Defendants,            :
                                        :
       and                              :
                                        :
ACCRETIVE HEALTH, INC.,                 :
                                        :
                 Nominal Defendant.     :
-------------------------------------x
```

**NOTICE OF PLAINTIFFS' POSITION REGARDING CONSOLIDATION**

Pursuant to the Court's Order of October 25, 2012 (No. 12-cv-03395, Dkt. No. 65) (the "Order"), Co-Lead Plaintiffs Marvin H. Maurras Revocable Trust ("Maurras Trust"), Susan Chagnon ("Chagnon") and Yongqian Zhao ("Zhao," collectively, "Plaintiffs") hereby file this Notice of Plaintiffs' Position Concerning Consolidation of the above-captioned actions and state as follows:

1. On October 2, 2012, the parties appeared before the Court for a status and motion hearing. During the hearing, Maurras Trust and Chagnon informed the Court of an intention to file a consolidated amended complaint, superseding the current operative complaint filed by the Maurras Trust.

2. Upon questioning from the Court, Zhao indicated a willingness to enter into discussions with the Maurras Trust and Chagnon over joining in a single consolidated amended complaint, superseding the current operative complaint filed by Zhao and mooting Zhao's motion for consolidation and appointment of lead plaintiff and lead counsel filed on August 8, 2012.

3. Defendants expressed no objection to the proposed consolidation.

4. The Court continued the hearing until October 10, 2012, and directed the parties to continue discussions with the aim of agreeing to a leadership structure and a briefing schedule for the filing of a consolidated amended complaint. The Court indicated that if an agreement were to be reached, the status hearing would be removed from the calendar.

5. Subsequent to the hearing, and pursuant to the direction of the Court, Plaintiffs conferred and agreed to a leadership structure and to jointly file a consolidated amended complaint, superseding all previously filed complaints.

6. In light of this agreement, the Plaintiffs filed an Unopposed Motion for Entry of Leadership Structure Order (No. 12-cv-03395, Dkt. No. 62) on October 19, 2012.

7. The Court issued the Order on October 25, 2012, approving Plaintiffs' proposed leadership structure and requesting that the parties inform the Court in a filed pleading whether they would like the Court (1) to dismiss without prejudice the Zhao Action, No. 12-cv-06019, or (2) to consolidate the Zhao Action with the Maurras Action, No. 12-cv-03395.

8. The Plaintiffs hereby respectfully request that the Court order the consolidation of the Zhao Action with the Maurras Action.

Dated: November 1, 2012         Respectfully submitted,

**FREED KANNER LONDON & MILLEN, LLC**

By:   */s/ Donald Sawyer*
Donald Sawyer
Michael Freed
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

*Co-Liaison Counsel and Counsel for Co-Lead Plaintiff Susan Chagnon*

**SCOTT+SCOTT LLP**
Judith S. Scolnick
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Fax: (212) 223-6334

-and-

Walter W. Noss
Joe Pettigrew
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Fax: (619) 233-0508

*Co-Lead Counsel and Counsel for Co-Lead Plaintiff Susan Chagnon*

**FARUQI & FARUQI, LLP**
Michael J. Hynes
Ligaya T. Hernandez
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (215) 277-5771

*Co-Lead Counsel and Counsel for Co-Lead Plaintiff Susan Chagnon*

**WEXLER WALLACE LLP**
Edward A Wallace
Amy E. Keller
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Fax: (312) 346-0022

*Co-Liaison Counsel and Counsel for Co-Lead Plaintiff Marvin H. Maurras Revocable Trust*

**CARNEY WILLIAMS BATES PULLIAM & BOWMAN PLLC**
Allen Carney
Randall K. Pulliam
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
Telephone: (501) 312-8500
Fax: (501) 312-8505

*Co-Lead Counsel and Counsel for Co-Lead Plaintiff Marvin H. Maurras Revocable Trust*

**SUSMAN HEFFNER & HURST LLP**
Matthew T. Heffner
Glenn L. Hara
30 North LaSalle Street
Suite 1210
Chicago, IL 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829

3

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Albert M. Myers
Melinda A Nicholson
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Co-Lead Plaintiff Yongquian Zhao*

4

**CERTIFICATE OF SERVICE**

The foregoing Notice of Plaintiffs' Position Concerning Consolidation was filed this 1st day of November, 2012, via this Court's CM/ECF electronic filing system, which will send notices of this electronic filing to all parties registered to receive such notice. Those not registered for electronic notice will be served via regular U.S. Mail.

                                     */s/ Donald Sawyer*
                                     Donald Sawyer
                                     **FREED KANNER LONDON & MILLEN, LLC**
                                     2201 Waukegan Road, Suite 130
                                     Bannockburn, IL 60015
                                     Telephone: (224) 632-4500
                                     Fax: (224) 632-4521

                                     *Co-Liaison Counsel and Counsel for Co-Plaintiff Susan Chagnon*