**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **MARVIN H. MAURRAS REVOCABLE** | : | |
| **TRUST and YONGQIAN ZHAO,** | : | |
| **Derivatively and on** | : | |
| **Behalf of ACCRETIVE HEALTH, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CASE NUMBER: 12-cv-03395** |
| | : | |
| **EDGAR M. BRONFMAN, JR., J. MICHAEL** | : | **Consolidated with:** |
| **CLINE, STEVEN N. KAPLAN, STANLEY** | : | **CASE NUMBER: 12-cv-06019** |
| **N. LOGAN, DENIS J. NAYDEN,  ARTHUR** | : | |
| **H. SPIEGEL, III, MARY A. TOLAN,** | : | |
| **MARK A. WOLFSON,** | : | |
| | : | |
| **Defendants,** | : | **FILED UNDER SEAL** |
| | : | |
| **and** | : | |
| | : | **PUBLIC REDACTED VERSION** |
| **ACCRETIVE HEALTH, INC.,** | : | |
| | : | |
| **Nominal Defendant.** | : | |

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### INDEX OF EXHIBITS

[Exhibits A-WW previously filed - Docket No. 72]

A.      Minnesota Attorney General Report Volume I

B.      Minnesota Attorney General Report Volume II

C.      Minnesota Attorney General Report Volume III

D.      Minnesota Attorney General Report Volume IV

E.      Minnesota Attorney General Report Volume V

F.      Minnesota Attorney General Report Volume VI

G.      Accretive Board Update November 2, 2010

H.    Fairview- Accretive Health Partnership Meeting Notes December 9, 2009

I.    "Numbers Driven" Slide

J.    "Chalk Talk" Slide

K.    September 21, 2010 e-mail from Andrew Crook to Tim Barry

L.    Office of Minnesota Attorney General Lori Swanson Consumer Report Form

M.    An Accretive personnel chart

N.    July  16, 2010 Brandon Weber e-mail

O.    June 3, 2011 Accretive Manager e-mail

P.    August 18, 2011 e-mail  from Peter VanRiper

Q.    November 12, 2010 e-mail from Fairview Chief Financial Officer

R.    March 2, 2011 "Slap in the face" e-mail.

S.    "Patient Access Strategic Roadmap" slides

T.    "Solution Overview" slides

U.    "Standard Operating Procedures (SOP): Pre-Service and Point-Of-Service Collections"

V.    March 31, 2011 "Country Club" e-mail

W.    August 16, 2011 e-mail on debt collecting tips

X.    Attorney General Agreement

Y.    Stat of Minnesota Attorney General Agreement Summary April 2010

Z.    MFS Overview July 2010

AA.    March 28, 2011 e-mail regarding violation of Attorney General Agreement

BB.    April 6, 2011 e-mail from Thomas Merritt

CC.    Partnership Issues Log

DD.    Fairview- Accretive Partnership Discussion

EE.   May 5, 2011 Fairview Health Service Internal Audit

FF.   May 10, 2011 internal e-mail from Accretive executive regarding Attorney General Agreement

GG.   May 10, 2011 e-mail from Accretive executive to Peter VanRiper and Andrew Crook regarding Attorney General Agreement

HH.   September 30, 2011 memo from Fairview employee to Andrew Crook

II.   December 30, 2011 Fairview Health Service Internal Audit

JJ.   January 10, 2012 e-mail regarding unsatisfactory audit

KK.   January 19, 2012 e-mail regarding unsatisfactory audit

LL.   "The Do's and Dont's of Laptop Security: How to Avoid the Smash: slides

MM.   October 2011 Kroll Report

NN.   September 7, 2011 Accretive Audit Committee Meeting Minutes

OO.   November 2, 2011 Accretive Audit Committee Meeting Minutes

PP.   November  1, 2010 Accretive Audit Committee Meeting Minutes

QQ.   Accretive Health –Blended Shore Operation slides

RR.   December 2011 Fairview Health Service Accretive Partnership Update Summary

SS.   February 2, 2010 Accretive Audit Committee Minutes

TT.   February 22, 2012 Accretive Audit Committee Meeting Minutes

UU.   February 22, 2011 Accretive Audit Committee Meeting Minute

VV.   "Analytics Techniques and Process"

WW.   Chart demonstrating interconnections and/or interlocking relationships between Accretive Board members.

XX.   Chart demonstrating ties between Accretive companies and Board members

YY.    February 23, 2012 e-mail from Crook to Barry