IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARVIN H. MAURRAS REVOCABLE TRUST and YONGQIAN ZHAO, Derivatively and on Behalf of ACCRETIVE HEALTH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGAR M. BRONFMAN JR., J. MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, and MARK A. WOLFSON,<br><br>Defendants,<br><br>and<br><br>ACCRETIVE HEALTH, INC.<br><br>Nominal Defendant. | Case Action No. 12-cv-03395<br>Consolidated with Case No. 12-cv-06019<br><br>Judge: Hon. Gary Feinerman |

## JOINT STIPULATION

Lead Plaintiffs Marvin H. Maurras Revocable Trust and Yongquian Zhao ("Lead Plaintiffs") and Defendants Accretive Health, Inc. ("Accretive Health" or the "Company") and Edgar M. Bronfman Jr., J. Michael Cline, Steven N. Kaplan, Stanley N. Logan, Denis J. Nayden, Arthur H. Spiegel, III, Mary A. Tolan, and Mark A. Wolfson (together the "Individual Defendants," and with Accretive Health, the "Defendants," and with Lead Plaintiffs, the "Parties"), by and through their attorneys, hereby file this joint stipulation and respectfully state as follows:

1. On February 26, 2015, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Settlement, which settlement would resolve this action. Plaintiffs' motion is noticed

for March 19, 2015, on which date the Parties will appear before the Court (the "Preliminary Approval Hearing").

2. Defendants' answer or other responsive pleading to the amended consolidated complaint served October 22, 2013 is presently due on March 9, 2015.

3. Out of an abundance of caution, although the parties do not anticipate that any answer or other responsive pleading will be required given the settlement, Plaintiffs agree that Defendants shall have no obligation to answer or otherwise plead in response to the amended consolidated complaint served October 22, 2013 until April 2, 2015.

Dated: March 6, 2015                                   Respectfully submitted,

*/s/ Donald L. Sawyer*                                 */s/ Leonid Feller*

**FREED KANNER LONDON & MILLEN, LLC**                  Leonid Feller
Donald L. Sawyer                                       KIRKLAND & ELLIS LLP
Michael J. Freed                                       300 North LaSalle Drive
2201 Waukegan Road, Suite 130                          Chicago, IL 60654
Bannockburn, IL 60015                                  Telephone: (312) 862-2954
Telephone: (224) 632-4500                              Facsimile: (312) 862-2200
Fax: (224) 632-4521                                    leonid.feller@kirkland.com

                                                       Andrew B. Clubok*
**WEXLER WALLACE LLP**                                 Adam T. Humann*
Edward A. Wallace                                      Kristin Sheffield-Whitehead*
Amy E. Keller                                          KIRKLAND & ELLIS LLP
55 West Monroe, Suite 3300                             601 Lexington Avenue
Chicago, Illinois 60603                                New York, NY 10022
Telephone: (312) 346-2222                              Telephone: (212) 446-6400
Facsimile: (312) 346-0022                              Facsimile: (212) 446-6460
kaw@wexlerwallace.com                                  andrew.clubok@kirkland.com
eaw@wexlerwallace.com                                  adam.humann@kirkland.com
aek@wexlerwallace.com                                  kwhitehead@kirkland.com

*Co-Liaison Counsel for Lead Plaintiffs*               *Attorneys for All Defendants*

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**                 Moses Silverman*
Judith S. Scolnick                                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
The Chrysler Building                                  1285 Avenue of the Americas
405 Lexington Avenue, 40t h Floor                      New York, NY 10019
New York, NY 10174                                     Telephone: (212) 373-3355
Telephone: (212) 223-6444                              Facsimile: (212) 492-0355
Fax: (212) 223-6334                                    msilverman@paulweiss.com

-and-                                                  *Attorneys for Director Defendants*
                                                       *\*Admitted pro hac vice*

Walter W. Noss
Joe Pettigrew
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Fax: (619) 233-0508

**HYNES KELLER & HERNANDEZ, LLC**
Michael J. Hynes

3

1150 First Avenue, Suite 501
King of Prussia, PA 19406
Telephone: (610) 994-0292
Fax: (914) 752-3041

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
369 Lexington Ave.
New York, NY 10017
Telephone: (212) 983-9330
Fax: (212) 983-9331

**CARNEY WILLIAMS BATES PULLIAM & BOWMAN, PLLC**
Allen Carney
Randall K. Pulliam
11311 Arcade Dr., Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
acarney@carneywilliams.com
rpulliam@carneywilliams.com

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Leonid Feller, an attorney, hereby certify that I filed the JOINT STIPULATION using the CM/ECF system on this 6th day of March, 2015. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                */s/ Leonid Feller*
                                                Leonid Feller